**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:23-CR-64 (MTT)** |
| ) | |
| **ERIC MARLIN and** ) | |
| **MARKITA WHITEHEAD,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

The government has moved to continue this case until the next trial term.  Doc. 32.  The defendants were indicted on December 12, 2023.  Doc. 1.  Defendant Eric Marlin had his initial appearance and arraignment in this Court on December 27, 2023.  Doc. 10.  Defendant Markita Whitehead had his initial appearance and arraignment in this Court on December 28, 2023.  Doc. 22.  No prior continuances have been granted.  The government now moves the Court to continue this case to the next trial term to allow defense counsel additional time to review the government's discovery, conduct any required investigations, prepare for trial, or negotiate a potential resolution of the case.  Doc. 32 ¶ 4.  The defendants do not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motion (Doc. 32) is **GRANTED**.  The case is continued from the March term until the Court's next trial term presently scheduled for **April 22, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 13th day of February, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT