IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:23-CR-64 (MTT) |
| | ) | |
| ERIC MARLIN and | ) | |
| MARKITA WHITEHEAD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Defendant Eric Marlin, by and through his counsel, has moved to continue this case until the next trial term. Doc. 38. The government does not oppose the motion. *Id.* at 1. The government has separately moved to continue this case as to defendant Markita Whitehead until the next trial term. Doc. 39. Defendant Whitehead does not oppose the government's motion. *Id.* at 1. The defendants were indicted on December 12, 2023. Doc. 1. Defendant Marlin had his initial appearance and arraignment in this Court on December 27, 2023. Doc. 10. Defendant Whitehead had his initial appearance and arraignment in this Court on December 28, 2023. Doc. 22. One prior continuance has been granted. Doc. 33. Both defendant Marlin, by and through his counsel, and the government, as to defendant Whitehead, now move the Court to continue this case to the next trial term to allow additional time for plea negotiations. Docs. 38 ¶ 3; 39 ¶ 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (Docs. 38; 39) are **GRANTED**. The case is continued from the April term until the Court's next trial term presently

scheduled for **July 22, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of March, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT